# MEMO ENDORSED



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8606

March 28, 2023

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall
United States Court House
40 Foley Square
New York, NY 10007

Re:   *Lopez v. Abdulla,* 23 Civ. 614 (ER)

Dear Judge Ramos:

This Office represents defendants Abdulla Abdulla ("Officer Abdulla") and Christopher Alexander ("Officer Alexander") (collectively, "Defendants") in the above-referenced action. I write, with the consent of Plaintiff's counsel, to respectfully request an adjournment of the pre-motion conference currently scheduled for April 6, 2023 at 10:30 am to a date and time convenient for the Court. Counsel have conferred and would be available on April 11, 2023, or April 12, 2023. The grounds for this request are that I will be out of the country without access to telephone and computer from April 3-7, 2023.

This is the first request for an adjournment of the pre-motion conference. We thank the Court for its attention to this matter.

Respectfully submitted,
*/s/ Amanda Yoon*
Amanda Yoon
Assistant Attorney General
Amanda.Yoon@ag.ny.gov

The pre-motion conference is adjourned to April 11, 2023 at 11 a.m.  The parties are instructed to call (877) 411-9748 and enter access code 3029857# when prompted.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 3/30/2023
New York, New York