UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BALDEMIRO LOPEZ,

               Plaintiff,

– against –

CORRECTION OFFICER ABDULLA ABDULLA, *et al.*,

               Defendants.

**ORDER**

23-cv-614 (ER)

Ramos, D.J.:

      On December 21, 2023, expert discovery was extended until May 20, 2024. Doc. 33. Accordingly, the case management conference previously schedule for March 22, 2024, is adjourned to **May 30, 2024, at 10:30 a.m.** at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007 in Courtroom 619.

It is SO ORDERED.

Dated:   March 13, 2024
           New York, New York

                                                    EDGARDO RAMOS, U.S.D.J.