UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BALDEMIRO LOPEZ,

                Plaintiff,

-v-

CORRECTION OFFICER ABDULLA ABDULLA and
CORRECTION OFFICER CHRISTOPHER ALEXANDER,

                Defendants.

CIVIL ACTION NO. 23 Civ. 614 (ER) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, September 11, 2024, **by September 18, 2024**, Plaintiff shall file a letter setting forth which correctional facility he is housed in, his mailing address, and his inmate identification number(s).

As noted in the Settlement Conference Scheduling Order, the settlement conference set for Thursday, September 26, 2024, will take place by telephone via the Court's Microsoft Teams platform. (ECF No. 45 at 1).

Dated:     New York, New York
           September 11, 2024

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**