UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BALDEMIRO LOPEZ,

                      Plaintiff,

-v-                                      CIVIL ACTION NO. 23 Civ. 614 (ER) (SLC)

**ORDER**

CORRECTION OFFICER ABDULLA ABDULLA and
CORRECTION OFFICER CHRISTOPHER ALEXANDER,

                      Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court will conduct a settlement conference on **Thursday, September 26, 2024 at 10:00 a.m.** which take place by telephone conference hosted by the Court on the Microsoft Teams platform. The parties are directed to call (646) 453-4442, Phone Conference ID: 788 295 780# at the scheduled time.

It is **ORDERED** that the Warden or other official in charge of the Robert N. Davoren Center shall produce Plaintiff Baldemiro Lopez, Book & Case No. 3492302524, on **Thursday, September 26, 2024, no later than 9:45 a.m.**, to a suitable location within the Robert N. Davoren Center that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and counsel. If the scheduled date and time for the conference presents a hardship, the Warden or the Warden's designee should promptly inform the Court by calling (212) 805-0214.

It is further **ORDERED** that Plaintiff's counsel must: (1) transmit this order to the Warden immediately and (2) contact the Robert N. Davoren Center to arrange the telephone call.

Dated:      New York, New York
                September 17, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**