UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BALDEMIRO LOPEZ,

                Plaintiff,

    -v-

CORRECTION OFFICER ABDULLA ABDULLA and
CORRECTION OFFICER CHRISTOPHER ALEXANDER,

                Defendants.

CIVIL ACTION NO. 23 Civ. 614 (ER) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    Pursuant to Plaintiff's request, ECF No. 52 has been administratively sealed. On or before **October 9, 2024**, Plaintiff shall file a motion to seal ECF No. 52 and attach a copy of the October 8, 2024 Declaration of Andrew C. Laufer.

    The parties notified the Court that they reached a settlement agreement in principal. Accordingly, the settlement conference currently set for Thursday, October 24, 2024 at 2:00 pm is **CANCELLED**.

Dated:    New York, New York
           October 8, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**